**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **REBECCA FELDMAN,** | ) | |
| | ) | |
| PLAINTIFF, | ) | **CASE NO. 3:18-cv-01416-S** |
| | ) | |
| v. | ) | |
| | ) | |
| **HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS; AAP BIOMATERIALS GMBH; AAP IMPLANTATE AG; and AAP IMPLANTS, INC.,** | ) ) ) ) ) ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT
PREJUDICE OF AAP IMPLANTATE AG AND AAP IMPLANTS INC.**

Plaintiff Rebecca Feldman and Defendants aap Implantate AG and aap Implants, Inc., by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal without prejudice of Defendants aap Implantate AG and aap Implants, Inc.

Respectfully submitted this 18th day of September, 2018.

| | |
|---|---|
| /s/ W. Roger Smith, III | /s/ Katherine S. Wright |
| W. Roger Smith, III | Katherine S. Wright |
| Ryan J. Duplechin | **GREENBERG TRAURIG** |
| **BEASLEY, ALLEN, CROW,** | 2200 Ross Avenue |
| **METHVIN, PORTIS & MILES, P.C.** | Suite 5200 |
| Post Office Box 4160 | Dallas, Texas 75201 |
| Montgomery, Alabama 36103 | Phone: (214) 665-3644 |
| Phone: (334) 269-2343 | Fax:    (214) 665-5937 |
| Fax:    (334) 954-7555 | Email: wrightka@gtlaw.com |
| Email: Roger.Smith@BeasleyAllen.com | |
|            Ryan.Duplechin@BeasleyAllen.com | |
| | |
| *Counsel for Plaintiff Rebecca Feldman* | *Counsel for aap Implantate AG and aap Implants, Inc.* |

/s/ Russell R. Reynolds
Russell R. Reynolds
Debra Susan Reynolds
**The Law Offices of Reynolds & Reynolds, PLLC**
2591 Dallas Parkway, Suite 300
Frisco, Texas  75034
Phone: (214) 891-6606
Fax:    (972) 731-4384
Email:  rusty@rrlfirm.com

*Counsel for Plaintiff Rebecca Feldman*

### CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ W. Roger Smith, III
W. Roger Smith, III