UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REBECCA FELDMAN, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 3:18-cv-01416-S |
| | ) | |
| v. | ) | |
| | ) | |
| HOWMEDICA OSTEONICS CORPORATION d/b/a STRYKER ORTHOPAEDICS; AAP BIOMATERIALS GMBH; AAP IMPLANTATE AG; and AAP IMPLANTS, INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## ORDER DISMISSING AAP IMPLANTATE AG AND AAP IMPLANTS INC.

Upon consideration of Plaintiff Rebecca Feldman and Defendants aap Implantate AG and aap Implants, Inc.'s Joint Stipulation of Dismissal of aap Implantate AG and aap Implants, Inc.:

It is hereby **ORDERED** that all claims in this matter by Plaintiff Rebecca Feldman against Defendants aap Implantate AG and aap Implants, Inc., are hereby **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs and attorney's fees.

Dated this ___19th___ day of September, 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE